# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| CHIQUITA BRADLEY, ) AQUINDA JACKSON, ) CHANELL GRACE, TIFFANY ) SCOTT, ELIZABETH WATSON, ) WHITNEY THAMES, TONYA ) DORTCH, ERICA FOUNTAIN, ) RHONDA JOHNSON, ) ADRIANNE WATERS, & ) TIEASHA SALTER, ) ) | CIVIL ACTION NO. CV-09-0160-WS-M |
| Plaintiff-Intervenors, ) ) | |
| v. ) ) | |
| JACK MARSHALL FOODS, INC. ) d/b/a KENTUCKY FRIED ) CHICKEN, ) ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Equal Employed Opportunity Commission, by and through its undersigned counsel, Plaintiff-Intervenors, Chiquita Bradley, Aquinda Jackson, Chanell Grace, Tiffany Scott, Elizabeth Watson, Whitney Thames, Tonya Dortch, Erica Fountain, Rhonda Johnson, Adrienne Waters, and Tieasha Salter, by and

through their undersigned counsel and Defendant Jack Marshall Foods, Inc., by and through its undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss Plaintiff-Intervenors' Complaint, with prejudice, each party to bear her or its own costs. The parties represent that Plaintiff-Intervenors have resolved all issues raised in their complaint and in accordance with Consent Decree (Docket No. 105) entered by the Court on May 14, 2010.

                                          Respectfully submitted,

                                /s/ Maricia Woodham
                                            Julie Lee
                                          Maricia Woodham
                                          Eunice H. Morrow
                               Attorneys for Plaintiff Equal
                                 Employment Opportunity
                                         Commission

**OF COUNSEL:**
Julie Lee, Esq.
Maricia Woodham, Esq.
Eunice H. Morrow, Esq.
Equal Employment Opportunity Commission
1130 22nd Street South
Ridge Park Place, Suite 2000
Birmingham, Alabama 35205

/s/ C. Michael Quinn
C. Michael Quinn
Rocco Calamusa, Jr.
Kevin W. Jent
Attorneys for Plaintiff-Intervenors

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203

**OF COUNSEL:**
Sherrie V. McKenzie, Esq.
Post Office Box 1138
Monroeville, Alabama 36461

/s/ Carter H. Dukes
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Jack Marshall Foods, Inc.

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

53294.1